IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>    Defendant. | Civil Action No. 05-1927<br>HHK |

## VERIFIED STATEMENT OF ALISHA BOLDEN

1. I am over 18 years of age and competent to testify regarding the matters described herein.

2. On January 6, 2006, I served a copy of the summons and complaint in this civil action on Tabatha Braxton at the offices of the Secretary for the District of Columbia, a subdivision of the Office of the Mayor for the District of Columbia, 1350 Pennsylvania Ave NW. Suite 419, Washington, D.C. 20004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on __1/6/06__.

_Alisha Bolden_
Alisha Bolden